**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LEE MURRAY SYKES, | ) | |
| Petitioner, | ) | 2:10-cv-00494-GMN-LRL |
| vs. | ) | |
| ANTHONY SCILLIA, et al., | ) | ORDER |
| Respondents. | ) | |

Before the Court is Petitioner's Motion for Reconsideration (ECF No. 24). Respondents filed a Response (ECF No. 25) and Petitioner has not replied.

Having considered the motion and related briefing, and for the reasons set forth in the Respondents' opposition, the Court finds that reconsideration is not warranted as Petitioner offers nothing new to establish the Court's review and conclusions were erroneous. *See School Dist. No. 1J, Multnomah County, Or. v. ACandS, Inc.,* 5 F.3d 1255, 1263 (9th Cir. 1993). The Motion for Reconsideration (ECF No. 24) is **DENIED.**

**IT IS SO ORDERED** this 14th day of April, 2011.

_____
Gloria M. Navarro
United States District Judge