**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEE MURRAY SYKES, ) | |
| ) | |
| Petitioner, ) | 2:10-cv-00494-GMN-LRL |
| ) | |
| vs. ) | |
| ) | ORDER |
| ANTHONY SCILLIA, et al., ) | |
| ) | |
| Respondents. ) | |

This matter is before the Court on Respondents' Motion for Order to Show Cause (ECF No. 27) why Petitioner has failed to comply with the Court's order of February 23, 2011. Rather than comply with the Court's directive to advise the Court of his choice among three options to proceed with his federal habeas claims, Petitioner sought reconsideration of that Order. The Motion (ECF No. 27) is **GRANTED.**

The Court having denied reconsideration, Petitioner shall **by Monday, May 2, 2011**, advise the Court of his election among the options given in the February 23, 2011 Order. Petitioner's options are:

1. Submit a sworn declaration voluntarily abandoning the unexhausted claims in his federal habeas petition, and proceed only on the exhausted claims;

2. Inform the Court of his intention to return to state court to exhaust his unexhausted claims, in which case his federal habeas petition will be denied without prejudice; or

3.  File a motion asking this Court to stay and abey his exhausted federal habeas claims while he returns to state court to exhaust his unexhausted claims.

All other terms or directives of that Order remain in effect. Failure to timely respond will result in dismissal of his petition with prejudice.

**IT IS SO ORDERED** this 19th day of April, 2011.

_____
Gloria M. Navarro
United States District Judge