UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEE MURRAY SYKES, | ) |
| Petitioner, | ) 2:10-cv-00494-RCJ-LRL |
| vs. | ) |
| | ) ORDER |
| ANTHONY SCILLIA, et al., | ) |
| Respondents. | ) |

     Before the court is petitioner's motion for enlargement of time (ECF #37) seeking an additional 45 days to file and serve his response to the answer to his petition. Good cause appearing,

     **IT IS THEREFORE ORDERED** that petitioner's motion is **granted**. The response to the answer shall be filed and served on or before October 1, 2011.

     Dated this 2nd day of August, 2011.

_____
Gloria M. Navarro
United States District Judge