FILED
MAY 15 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) **O R D E R** |
| vs. | )<br>) 2:11-CR-14-PMP-RJJ |
| PIERRE WERNER, | )<br>) |
| Defendant. | )<br>) |

**IT IS ORDERED** Government counsel shall have until July 15, 2012, within which to file a Response to the attached letter received from Defendant Pierre Werner.

Dated: May 15, 2012.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE

To Judge Philip Pro,

Hello Your Honor, This is Pierre Werner writting you about my restitution payments. I am hoping you can help me resolve this problem that I currently have. The prosecutors office is wanting me to pay $200 a month. I can not do this currently as I am in prison. The Bureau of Prison is currently charging me $25.00 every 3 months. So, I am behind according to the prosecutor, or "Over Due" by $775.00

I have written the prosecutor's office twice but they keep sending me monthly bills. Can you please tell the prosecutors to stop billing me until, I am released from prison.

— On another note, I am currently in my 2nd month of RDAP, Thank you for that recommedation.

— Also, about the "Dr Reefer Herbal Incense". When I was approached to endorse it, they said, to me, that if customers bought my all natural incense they would not buy marijuana, meaning that my customer would not get arrested for possession of marijuana. This is why I endorsed the "Dr Reefer Incense"

HAD I THOUGHT THAT DISTRIBUTING INCENSE WAS THE SAME AS DISTRIBUTING MEDICAL MARIJUANA, I WOULD NEVER HAVE DONE IT. I HOPE YOU CAN UNDERSTAND MY REASONING FOR ENDORSING THE PRODUCT.

HAVING BEEN IN STATE PRISON AND NOW FEDERAL PRISON. I CAN HONESTLY TELL YOU THAT SENDING DRUG OFFENDERS TO PRISON IS A WASTE OF TAX PAYER MONEY. PRISON SHOULD BE RESERVED FOR MURDER'S, RAPIST'S AND ROBBER'S.

LASTLY, I WAS DISAPPOINTED THAT YOU SENT MY MOTHER TO PRISON. YOU JUSTIFIED IT BY SAYING, "ACTIONS HAVE TO HAVE CONSEQUENCES". YET 14 DISPENSARIES WERE RAIDED AND ONLY 2 DISPENSARY OWNERS WENT TO PRISON AND ONLY 4 WERE INDICTED. THIS WHOLE EVENT WAS A POLITICAL "DOG & PONY" SHOW.

— IN ANY EVENT, THANKS FOR NOT GIVING ME AND MY MOTHER THE MAXIMUM SENTENCE!

SINCERELY,
PIERRE WERNER

Payment must be received by the PAYMENT DUE Date in order for your payment to be applied before the next billing cycle.

| Account Number | 2012A17577/001 |
|---|---|
| Name | Pierre Werner |
| Court Number | 2:11-CR-014 |
| Payment Due Date | 05/03/2012 |
| Total Amount Due | $975.00 |
| Amount Enclosed | |

Address Correction, please note below:

Please mail payments to:

Clerk, U.S. District Court
333 Las Vegas Blvd., South, ~~Room 1334~~
Las Vegas, NV  89101

U.S. DEPARTMENT OF JUSTICE  
Nevada  
U.S. Attorney'S Office  
333 Las Vegas Blvd. South, Suite 5000  
Las Vegas, NV  89101  

For inquiries regarding debt call:  (702) 388-6336  

**OVERDUE Debtor Statement**  
This communication is from the United States Department of Justice. All correspondence on this debt should be sent to the representative of the United States at the address to the left above.

| DATE OF STATEMENT | 04/18/2012 |
|---|---|
| ACCOUNT NUMBER | 2012A17577/001 |

Pierre Werner, 45641-048  
1299 Seaside Avenue  
Reservation Point  
Terminal Island, CA  90731-0207  

Retain top portion for your records. This is your official receipt. Make name/address corrections on the reverse. This statement reflects the balances for this debt only. You may have additional outstanding debt. Detach bottom portion, indicate amount enclosed, and return with your payment.

| ACCOUNT INFORMATION | | | |
|---|---|---|---|
| Last Payment Received Date | 03/12/2012 | Current Balance | $27,620.12 |
| Last Payment Amount | 25.00 | Overdue Amount | $775.00 |
| Annual Interest Rate | % | Next Payment Amount | $200.00 |
| | | PAY THIS AMOUNT | $975.00 |

MAKE YOUR PAYMENT PAYABLE TO CLERK, U.S. DISTRICT COURT  
INCLUDE COURT NUMBER ON YOUR PAYMENT  
Please detach and enclose the bottom portion with payment  

**DO NOT SEND CASH!**

```
Please send a Cashier's Check or Money order for payments greater than $500.00.
```

------------------------------------------------------------------------



Pierre Werner 45641-048
Federal Correctional Institution
P.O. Box 3007
Terminal Island, CA
90731

To: Judge Philip Pro